WILLIAM LEYKAUF, Respondent v. NEW YORK CENTRAL
RAILROAD COMPANY Appellant.

*Negligence — railroads — grade crossing accident — inability to see
train on account of fog — failure to give warning of approach of train.*

*Leykauf* v. *N. Y. Central R. R. Co.*, 209 App. Div. 895, affirmed.

(Argued October 20, 1924; decided November 25, 1924.)

APPEAL from a judgment of the Appellate Division
of the Supreme Court in the second judicial department,
entered July 2, 1924, affirming a judgment in favor of
plaintiff entered upon a verdict in an action to recover
for personal injuries alleged to have been sustained by
plaintiff through the negligence of defendant. Plaintiff,
while driving his automobile on a foggy night and intend-
ing to cross defendant's tracks at a grade crossing in the
village of Mt. Kisco ran through guard gates on to the
tracks. His engine stalled and while attempting to start
it he was struck by a train and received the injuries
complained of. There was testimony that by reason of
the fog he could not see the guard gates or the approach-
ing train and that no signal of its approach was given.

*Jacob Aronson* and *Alexander S. Lyman* for appellant.

*Ralph G. Barclay, Jay S. Jones* and *Edward J. Fanning*
for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, POUND, CRANE, ANDREWS and
LEHMAN, JJ. Dissenting: HISCOCK, Ch. J., and
McLAUGHLIN, J.

---

GEORGE B. WARD, Appellant, v. PATRICK A. POWERS,
Respondent.

*Conversion — action to recover for refusal to deliver certificate of stock
alleged to be the property of plaintiff and in possession of defendant.*

*Ward* v. *Powers*, 208 App. Div. 684, affirmed.

(Argued October 20, 1924; decided November 25, 1924.)

APPEAL from a judgment, entered April 16, 1924, upon
an order of the Appellate Division of the Supreme Court
in the first judicial department reversing a judgment

in favor of plaintiff entered upon a verdict and directed a dismissal of the complaint. The action was to recover damages for the alleged conversion of 312 shares, of the par value of ten dollars each, of the capital stock of the Powers Film Products, Inc., of which defendant was president. The complaint alleged that plaintiff was the owner of the stock which was in the possession of the defendant, who refused to deliver it on demand. The answer put in issue plaintiff's ownership, defendant's possession and the alleged conversion. Plaintiff claimed that he was the owner of the stock by reason of a promise made to him by the defendant to the effect that the defendant would transfer to him 312 shares of stock and the corporation would pay him sixty dollars per week, both in consideration for his services for one year, as superintendent of the corporation. Defendant contended that all was to be paid and furnished by the corporation.

*H. Randolph Guggenheimer* for appellant.
*Samuel F. Moran* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MCLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.

---

JOHN W. SCHWARTZ, Appellant, *v.* THE BOARD OF EDUCATION OF THE CITY OF NEW YORK, Respondent.

*New York city — board of education — power to fix wages of lineman-electrician in its employ at other than prevailing rate.*

Schwartz v. Board of Education, City of New York, 209 App. Div. 738, affimed.

(Submitted October 20, 1924; decided November 25, 1924.)

APPEAL, by permission, from a judgment, entered June 9, 1924, upon an order of the Appellate Division of the Supreme Court in the first judicial department reversing a determination of the Appellate Term which affirmed a judgment of the Municipal Court of the city of New York in favor of plaintiff and directing a dismissal of the